**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lynval Kerris ANDERSON, Jr., a/k/a Jamaican Pete, a/k/a Michael Reid, a/k/a Joseph Anderson, a/k/a Amxmill Kerris, a/k/a Lynval Kerris, Defendant–Appellant.**

**No. 01–7069.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 29, 2001.

Lynval Kerris Anderson, Jr., pro se.

Laura P. Tayman, Office of the United States Attorney, Norfolk, VA, for appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

* Additionally, this court's records disclose that Anderson's claims relating to *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), were raised initially in

PER CURIAM.

Lynval Kerris Anderson, Jr. seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *United States v. Anderson,* Nos. CR–98–143; CA–00–522 (E.D.Va. Apr. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

his § 2255 motion. Our recent decision in *United States v. Sanders,* 247 F.3d 139 (4th Cir.2001), thereby independently forecloses these claims.